# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————

No. 09-1903

——————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| A.E.B., Juvenile, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

——————

Submitted: November 30, 2009
Filed: December 14, 2009

——————

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

——————

PER CURIAM.

A.E.B. appeals the 14-month sentence the district court[1] imposed upon revocation of his juvenile-delinquent supervision. He argues that the court failed to consider fairly the 18 U.S.C. § 3553(a) factors, resulting in a sentence that is excessive and constitutes an abuse of discretion.

Upon careful review, we conclude the revocation sentence was not imposed in violation of the law, and is not plainly unreasonable. See United States v. M.R.M.,

—————————————

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

513 F.3d 866, 868 (8th Cir. 2008) (standard of review). The sentence is within statutory limits, see 18 U.S.C. § 5037(d)(5) (authorized term of sentence upon revocation of juvenile-delinquent supervision); and the court explicitly considered multiple relevant section 3553(a) factors, and stated the reasons for its sentence, see M.R.M., 513 F.3d at 868 (court enjoys broad discretion in sentencing juveniles under Federal Juvenile Delinquency Act); United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (record must show that, in sentencing defendant, court considered relevant matters and stated reason for its decision).

Accordingly, we affirm, and we allow counsel to withdraw, subject to counsel informing appellant about procedures for seeking rehearing and filing a petition for certiorari.

_____